IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **KIMBERLY KAY BARNETT,**   )  <br>                                                                )  <br>     **Plaintiff,**                             )  <br>                                                                )     No. 1:13-cv-00047  <br>**v.**                                                       )  <br>                                                                )     **Judge Nixon**  <br>**CAROLYN W. COLVIN,**               )     **Magistrate Judge Brown**  <br>**Commissioner of Social Security,** )  <br>                                                                )  <br>     **Defendant.**                          )  | |

## ORDER

Pending before the Court is Plaintiff Kimberly Kay Barnett's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 13), filed with a Brief in Support (Doc. No. 13-1). Defendant Commissioner of Social Security filed a Response opposing the Motion (Doc. No. 14), to which Plaintiff filed a Reply (Doc. No. 16). Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion be granted and the case be remanded for reconsideration. (Doc. No. 18 at 18.) The Report was filed on March 11, 2014, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion and **REMANDS** the case to the Commissioner for further proceedings. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the _28st_ day of March, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT